UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE VELAZQUEZ | : | NO.: |
| | : | |
| v. | : | |
| | : | |
| GATOR PARK, INC. | : | FEBRUARY 23, 2017 |

## **NOTICE OF REMOVAL**

To the United States District Court for the District of Connecticut:

The Notice of Gator Park, Inc., respectfully shows:

1. This action was commenced by the issuance of a Summons and Complaint served on the defendant, Gator Park, Inc., on February 9, 2017, by way of Jon A. Weisberg, Registered Agent for Service for Gator Park, Inc., at 24050 SW 8 St., Miami, Florida 33194.

2. The above-described action is a civil action and is one, which may be removed to the Court by the petitioner, defendant therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff is a citizen of Connecticut, the defendant is a Florida corporation with its principle place of business in Florida and the amount in controversy is greater than $75,000.

3. The action was returnable in the Superior Court for the Judicial District of Hartford on February 28, 2017.

5. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendant as follows: (a) Summons; (b) Complaint; and (c) a statement of amount in demand.

6. The defendant denies all the plaintiff's allegations of liability.

7. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendant and the amount in controversy is greater than $75,000.

WHEREFORE, the petitioner prays that the above action now pending in Superior Court at 95 Washington Street, Hartford, Connecticut, be removed therefrom to this Court.

DEFENDANT,
GATOR PARK, INC.

By   /s/ Michael A. Hespeler
  Michael A. Hespeler
  ct29767
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114-1121
  (860) 249-1361
  (860) 249-7665 (Fax)
  mhespeler@hl-law.com

## **CERTIFICATION**

      This is to certify that on February 23, 2017, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

S. Zaid Hassan, Esquire
Law Office of Zaid Hassan, LLC
11 Mountain Avenue, Suite 301
Bloomfield, CT 06002

                                                        /s/ Michael A. Hespeler
                                                        Michael A. Hespeler

# SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
## SUPERIOR COURT
www.jud.ct.gov

**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington St, Hartford CT 06106 | ( 860 ) 5482700 | February 28, 2017 |

| Judicial District ☒ / Housing Session ☐ | G.A. Number: ☐ | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): Hartford | Case type code (See list on page 2) Major: V   Minor: 10 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Law office of Zaid Hassan LLC, 11 Mountain Ave, Suite 301 Bloomfield CT 06002 | 432532 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 819-3648 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): zhassan@zaidlawfirm.com

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Velazquez, Jose<br>Address: 44 Home Terrace East Hartford CT 06108 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Gator Park, Inc<br>Address: 24050 SW 8 St, Miami FL 33194 . Agent of Service: Jon A Weisberg 24050 SW 8 St, Miami FL 33194 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>S Zaid Hassan | Date signed<br>2/1/17 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

**For Court Use Only**
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

Print Form    Reset Form

| | |
|---|---|
| Return Date: Feb 28, 2017 | SUPERIOR COURT |
| JOSE VELAZQUEZ | JD OF HARTFORD |
| V | AT HARTFORD |
| GATOR PARK, INC | 2/1/17 |

## COMPLAINT.

### COUNT ONE : NEGLIGENCE.

1. Jose Velazquez, Plaintiff, is a resident of the Town of East Hartford, Connecticut.
2. Gator Park Inc, Defendant, is a tour and guide company with its headquarter in Florida.
3. This action arises from an accident which occurred on or about May of 2015.
4. On or about May of 2015, the Plaintiff with a group of individuals took an airboat tour with the defendant, at the Florida everglades.
5. The defendant provides or sells its tickets online (internet) via an online portal, where as any person in Connecticut interested in taking or experiencing an airboat tour can buy the said ticket.
6. On that trip the airboat crashed into an embankment and the Plaintiff was ejected into the alligator infested waters onto the embankment of the Florida everglades, the plaintiff suffered extensive injuries.
7. The employee of the defendant was the sailor or was driving the airboat at a high speed, the said accident was caused by the recklessness, carelessness and negligence of the Defendant, Gator Park Inc, for that among other acts and omissions the Defendant:

a. operated the airboat without inspecting the said seats or seatbelt;
b. failed to rectify, or failing to provide seatbelts;
c. failed to observe due care and precaution and to maintain the speed of the airboat;
d. In other respects not now known to the Plaintiff but which may become known Prior to or at the time of trial.


8. As a direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff:

a. suffered serious, painful and most likely permanent bodily injuries, great physical pain and mental anguish, shock to the nervous system, severe and substantial emotional distress, loss of the capacity for the enjoyment of life;

b. was, is and will be required to undergo medical treatment, surgery and to incur medical costs and expenses in order to alleviate injuries, pain and suffering;

c. was, is and will be precluded from engaging in normal activities and pursuits, including a loss of ability to earn money and of actual earnings;

d. deprivation of her ability to enjoy a normal life;

e. and, otherwise was hurt, injured and caused to sustain losses.

9. All of the Plaintiff's losses as well as pain and suffering were, are and will be due solely to and by reason of the carelessness and negligence of the Defendant, gator Park Inc, without any negligence or want of due care on the Plaintiff's part contributing thereto.

WHEREFORE, the plaintiff prays for the following relief;

1. Compensatory/Monetary damages;
2. Interest and costs;
3. Such other and further relief at law or in equity that the court deems appropriate.

S Zaid Hassan, esq
Law Office of Zaid Hassan, LLC
11 Moutain Ave, Ste 301
Bloomfield, CT- 06002
Tel 860-819-3648
Fax 866-501-9972
Juris # 432532

## CT PR.BK §8-4 CERTIFICATION.

I S Zaid Hassan, the subscribing authority hereby certify that I have personal knowledge as to the financial responsibility of the Plaintiff for $250 and deem it sufficient to pay the costs of this action.

Of this writ with your doings thereon, make due service and return.

Dated at Bloomfield, Connecticut on February 1, 2017.

S Zaid Hassan,esq
Law Office of Zaid Hassan, LLC
11 Moutain Ave, Ste 301
Bloomfield, CT- 06002
Tel 860-819-3648
Fax 866-501-9972
Juris # 432532

Return Date: Feb 28, 2017                                    SUPERIOR COURT

JOSE VELAZQUEZ                                               JD OF HARTFORD

V                                                            AT HARTFORD

GATOR PARK INC                                               2/1/17


### AMOUNT IN DEMAND.

The amount, legal interest or property in demand is greater than fifteen thousand dollars ($15,000), exclusive of interest and costs.



_____

S Zaid Hassan, esq
Law Office of Zaid Hassan, LLC
11 Moutain Ave, Ste 301
Bloomfield, CT- 06002
Tel 860-819-3648
Fax 866-501-9972
Juris # 432532

---