UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE VELAZQUEZ | : | NO.: 3:17-cv-00321 (VLB) |
| | : | |
| v. | : | |
| | : | |
| GATOR PARK, INC. | : | MAY 23, 2017 |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. Pr. 12(b)(2), the defendant, Gator Park, Inc., hereby moves to dismiss the plaintiff's complaint dated February 1, 2017. As is more particularly set forth in the attached memorandum of law, the complaint should be dismissed on the following grounds:

    i.    This Court lacks personal jurisdiction over this defendant.

WHEREFORE, the defendant, Gator Park, Inc., respectfully requests that the Court grant its motion to dismiss, or alternatively, this Court, if it deems appropriate, should transfer this matter to United States District Court, Southern District of Florida, pursuant to 28 U.S.C. §1404.

                                  DEFENDANT,
                                  GATOR PARK, INC.

                                  By  /s/ Michael A. Hespeler
                                      Michael A. Hespeler
                                      ct29767
                                      Howd & Ludorf, LLC
                                      65 Wethersfield Avenue
                                      Hartford, CT  06114-1121
                                      (860) 249-1361
                                      (860) 249-7665 (Fax)
                                      mhespeler@hl-law.com

ORAL ARGUMENT IS REQUESTED

## **CERTIFICATION**

      This is to certify that on May 23, 2017, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


S. Zaid Hassan, Esquire
Law Office of Zaid Hassan, LLC
11 Mountain Avenue, Suite 301
Bloomfield, CT 06002


                                              /s/ Michael A. Hespeler
                                              Michael A. Hespeler