UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20864-CIV-KING

JOSE VELAZQUEZ,

    Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO FILE PRE-TRIAL STIPULATION**

GATOR PARK, INC.,

    Defendant.

_____/

This action came on before the court <u>*sua sponte*</u>. It appearing that the pre-trial stipulation was not filed as required in the pre-trial order. The court, having considered the record and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the complaint be, and it is hereby dismissed for failure to comply with an order of this court, without prejudice to the plaintiff's right to re-file the case under a new case assignment and new case number in the office of the Clerk of the United States District Court. If the case is subsequently re-filed, the attorneys for the plaintiff shall notify the Clerk of Court of this order of dismissal on the civil cover sheet (JS44) in order that the Clerk of Court will assign the newly filed case to the division of the undersigned Judge in accordance with the L.R. FLA 3.9. Therefore, the Pretrial Conference currently scheduled for September 6, 2019; and the Trial currently scheduled for December 9, 2019 are hereby canceled.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building, Miami, Florida, this 4th day of September, 2019.

*[signature]*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
**_Counsel for Plaintiff_**
**Syed Zaid Hassan**
Law Office of Zaid Hassan LLC
11 Mountain Avenue
Suite 301
Bloomfield, CT 06002
860-819-3648
Email: zhassan@zaidlawfirm.com

**Joel Justus Ewusiak**
Ewusiak Law, P.A.
6601 Memorial Highway
Suite 311
Tampa, FL 33615
727 286 3559
Email: joel@ewusiaklaw.com

**_Counsel for Defendant_**
**Christopher M. Vossler**
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114
8602491361

**Michael A. Hespeler**
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114
8602941361

**Douglas Barry Melamed**
Banker Lopez Gassler PA
1200 South Pine Island Road
Suite 170
Plantation, FL 33324
954-703-3597
Fax: 954-533-3051
Email: service-dmelamed@bankerlopez.com