UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-20864-JLK

JOSE VELAZQUEZ,

    Plaintiff,

v.

GATOR PARK, INC.,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER
AND SETTING ASIDE FINAL ORDER OF DISMISSAL [DE 42]**

THIS MATTER is before the Court upon Plaintiff's Motion to Reconsider the Court's Final Order of Dismissal Without Prejudice, filed September 4, 2019 (DE 43). The Court has also considered Defendant's Response (DE 45).

On September 4, 2019, the Court entered its Final Order of Dismissal Without Prejudice for Failure to File Pre-Trial Stipulation (DE 42). That same day, Plaintiff filed the instant Motion (DE 43), seeking reconsideration of the dismissal order. Plaintiff explains that the parties did not timely file their pretrial stipulation because, "on the date of the deadline, [they] were] preparing for Hurricane Dorian, at the time believed to be heading to and impacting all of Florida as a catastrophic major hurricane." *Id.* at 4. Plaintiff also explains that the parties agreed to file a motion for extension of time, but that Plaintiff's counsel mistakenly believed the motion could be filed after the deadline due to court closures associated with the hurricane. *Id.*

In response, Defendant equivocates as to the grounds, if any, for opposing the Motion. *See* DE 45 at 3 ("To the extent the Court finds the Plaintiff has met the standard for excusable neglect, Undersigned Counsel has no further grounds at this time.").

After careful consideration, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Reconsider **(DE 43)** be, and the same hereby is, **GRANTED**; the Court's Final Order of Dismissal **(DE 42)** is **VACATED**; and the Court's Scheduling Order **(DE 32)** is **VACATED** and new dates will be set by separate order.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 16th day of September, 2019.

> JAMES LAWRENCE KING
> UNITED STATES DISTRICT JUDGE

cc: **All counsel of record**