UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-20864-CIV-KING

JOSE VELAQUEZ,

    Plaintiff,

GATOR PARK, INC.,

    Defendant.

_____/

### ORDER CONTINUING ANY AND ALL COURT PROCEEDINGS PURSUANT TO ADMINISTRATIVE ORDER 2020-34

THIS CAUSE is before the Court *sua sponte*. Pursuant to The Third Order Concerning Jury Trials and Other Proceedings (Administrative Order 2020-34) which states "All jury trials in the Southern District of Florida scheduled on or after March 30, 2020, are continued until July 6, 2020". The Court may issue other Order concerning future continuance as necessary and appropriate. Therefore, it is

**ORDERED, ADJUDGED, and DECREED** that the Final Pretrial Conference hearing currently set for May 1, 2020 is continued (to be reconsidered and/or reset by separate order).

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Trial Building and United States Courthouse, Miami, Florida, this 6th day of April, 2020.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record