UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-CV-20864-JLK

JOSE VELAZQUEZ,

        Plaintiff,
v.

GATOR PARK, INC.,

        Defendants.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME
FOR PARTIES TO FILE THE JOINT PRETRIAL STIPULATION
AND INCORPORATED MEMORANDUM OF LAW**

Defendant, GATOR PARK, INC., by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Southern District Local Rule 7.1, and herein files this Unopposed Motion To Extend Time for Parties to File the Joint Pretrial Stipulation, and in support thereof states as follows:

1. The Honorable Court's Order Setting Trial [D.E. #49] provided that this case would be on the two-week trial calendar commencing July 13, 2020, with calendar call for July 9, 2020. In addition, the pre-trial conference was scheduled for May 1, 2020, and the deadline for filing the pre-trial stipulation was set for April 24, 2020.

2. On April 6, 2020, the Honorable Court issued an Order continuing all court proceedings pursuant to Administrative Order 2020-34, including the May 1, 2020 final pre-trial conference. [D.E. #51].

3. While the parties are in the process of preparing the pre-trial stipulation, Defendant read S.D. Local Rule 16(e), which states:

> "It shall be the duty of counsel to see that the pretrial stipulation is drawn, executed by counsel for all parties, and filed and served on all parties and filed with the Court no later than seven (7) days prior to the pretrial conference, or if no pretrial conference is held, seven (7) days prior to the call of the calendar."

to mean that with the continuation of the pre-trial conference, the pre-trial stipulation, absent rescheduling of the pre-trial conference, would be due no later than July 2, 2020, seven (7) days prior to the call of the calendar.

4. At the time of filing this Motion, Defendant Counsel just recently learned that his paralegal is presently hospitalized and battling health issues associated with the current health pandemic, and thus is unable to assist with completion of key elements required to be contained within the pre-trial stipulation.

5. Rather than take the chance that the undersigned is mis-reading the Rule, Defendant Counsel contacted Plaintiff Counsel and requested that they formally obtain an extension of time to file the pre-trial stipulation.

6. Defendant has conferred with Plaintiff Counsel who has no objection to a request for a 30-day extension of time to prepare and file the pre-trial stipulation.

WHEREFORE, Defendant Gator Park, Inc., respectfully requests this Honorable Court issue an Order granting Defendant's Unopposed Motion To Extend Time for Parties to File the Joint Pre-Trial Stipulation, and for all other relief the Court deems just and proper.

### **Certificate of Good Faith**

The undersigned Counsel, pursuant to Southern District Local Rule 7.1(a)(3), has conferred with the Plaintiff Counsel in a good faith effort to resolve the issues raised in this motion, and Plaintiff Counsel is in agreement with Defendant's Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2020, pursuant to Local Rules, a copy of the foregoing has been electronically filed with the Clerk of the District Court by using the CM/ECF system which will send notice of electronic filing to all CM/ECF participants.

BANKER LOPEZ GASSLER, P.A.
*Attorneys for Defendant, GATOR PARK, INC.*
1200 South Pine Island Road, Suite 170
Plantation, Florida 33324
Direct Line:   (954) 440-1333
Email:           service-dmelamed@bankerlopez.com

*/s/ Douglas B. Melamed*
DOUGLAS B. MELAMED, ESQ.
Florida Bar No. 150002