UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-20864-CIV-KING

JOSE VELAZQUEZ,

    Plaintiff,

vs.

GATOR PARK, INC.,

    Defendants.
_____/

## NOTICE OF IMPENDING DISMISSAL FOR LACK OF PROSECUTION

**THIS MATTER** comes before the Court *sua sponte*.

This matter has been pending since February 23, 2017 when it was removed to this Court. The Court also recognizes that this matter was dismissed on September 4, 2019 for failure to file the pretrial stipulation. DE 42. On April 23, 2020 Defendant filed an Unopposed Motion to Extend Time for Parties to File the Joint Pretrial Stipulation. DE 52. On April 24, 2020, the Court granted the motion and reset the trial date. DE 53.

A review of the docket in this matter reflects that nothing has been done by the parties to move this case forward since April 23, 2020.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled action shall be dismissed on **September 30, 2020** for lack of prosecution unless some action is taken within the above specified time to demonstrate the parties have completed all discovery and ready for pretrial conference and trial.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of September, 2020.

*[Signature: James Lawrence King]*

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

1