UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-20864-JLK/JB

JOSE VELZQUEZ,

    Plaintiff,

vs.

GATOR PARK, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that Elroy M. John, Jr., Esq. and Jeremy I. Knight, Esq., of Knight Law, P.A., hereby appear as co-counsel of record for Plaintiff, JOSE VELAZQUEZ, and request that copies of all correspondence, notices, discovery, motions, and pleadings be forwarded to the undersigned.

Dated this 27th day of September 2020.

    Respectfully submitted,

    Knight Law, P.A.
    20801 Biscayne Blvd, 4th Floor
    Aventura, Florida 33180
    Telephone: 786.480.0045

    By: /s/ Elroy M. John, Esq.
    Florida State Bar No.: 1002480
    Email: Elroy@KnightLawFL.com
    By: /s/ Jeremy I. Knight
    Florida State Bar No.: 1009132
    Email: Yirmi@KnightLawFL.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September 2020, a true and correct copy was electronically filed and served via the Court's CM/ECF system.

Knight Law, P.A.
20801 Biscayne Blvd, 4th Floor
Aventura, Florida 33180
Telephone: 786.480.0045

By: /s/ <u>Elroy M. John, Esq.</u>
Florida State Bar No.: 1002480
Email: Elroy@KnightLawFL.com
By: /s/ <u>Jeremy I. Knight</u>
Florida State Bar No.: 1009132
Email: Yirmi@KnightLawFL.com
*Attorneys for Plaintiff*
