UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-CV-20864-JLK/JB

JOSE VELZQUEZ,

    Plaintiff,

vs.

GATOR PARK, INC.,

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff, JOSE VELAZQUEZ, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Local Rule 7.1(a)(1)(J), and this Court's Order Resetting Trial, entered on April 24, 2020 [DE-53], hereby moves this Court for an Order extending the time for the parties to complete pretrial discovery and file any pretrial motions. In support of his Motion, Plaintiff states the following:

1. This matter arises from an airboat crash which occurred on or about May 30, 2015.

2. On April 24, 2020, this Court granted Defendant's Unopposed Motion for Extension of Time and reset the deadlines for the parties to complete pretrial discovery and file any pretrial motions as of September 9, 2020, and September 14, 2020, respectively.

3. Although the parties have engaged in some discovery, including completion of two depositions, Plaintiff has been unable to conclude all discovery efforts necessary to adequately prepare for trial prior to the aforementioned deadlines.

4. This Court has discretion to allow a brief extension of the expired scheduling deadlines upon a showing of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B).

5. Here, Plaintiff does not reside within the Court's jurisdiction, or any other part of the State

of Florida, and has been without local representation since December 16, 2019.

6. On January 10, 2020, Plaintiff filed a Notice of *Pro Se* Appearance [DE-50] citing his intent to obtain new local counsel, unaware at the time that a global pandemic would, shortly thereafter, disrupt these proceedings, and daily life in general.

7. The Plaintiff was recently able to secure Knight Law, P.A. as local counsel. Upon review of the filings and materials produced thus far, undersigned counsel has identified the need for additional discovery, including the deposition of Defendant, Gator Park, Inc., pursuant to Federal Rule of Civil Procedure 30(b)(6).

8. The Plaintiff has attempted to confer with defense counsel, Douglas B. Melamed, Esq., regarding the relief requested herein, however, Plaintiff has not received a definitive position from Mr. Melamed.

9. This Motion is not interposed for purpose of delay nor will any party be prejudiced by the relief requested.

WHEREFORE, the Plaintiff, JOSE VELAZQUEZ, respectfully requests that this Court enter an Order granting an extension of the time for the parties to complete pretrial discovery and file any pretrial motions and for any further relief this Court deems just and appropriate.

Dated this 29th day of September 2020.

Respectfully submitted,

Knight Law, P.A.
20801 Biscayne Blvd, 4th Floor
Aventura, Florida 33180
Telephone: 786.480.0045

By: /s/ Jeremy I. Knight
Florida State Bar No.: 1009132
Email: Yirmi@KnightLawFL.com
By: /s/ Elroy M. John, Esq.
Florida State Bar No.: 100248
Email: Elroy@KnightLawFL.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September 2020, a true and correct copy was electronically filed and served via the Court's CM/ECF system.

Knight Law, P.A.
20801 Biscayne Blvd, 4th Floor
Aventura, Florida 33180
Telephone: 786.480.0045

By: /s/ Jeremy I. Knight
Florida State Bar No.: 1009132
Email: Yirmi@KnightLawFL.com
By: /s/ Elroy M. John, Esq.
Florida State Bar No.: 100248
Email: Elroy@KnightLawFL.com
*Attorneys for Plaintiff*