UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-20864-JLK

JOSE VELAZQUEZ,

    Plaintiff,

v.

GATOR PARK, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

THIS MATTER is before the Court *sua sponte*.

The Court observes that this matter has been pending for over three years, but little has been done by Plaintiff to move this case forward during this time. The Court also notes that Plaintiff's case was previously dismissed on September 4, 2019 for failure to file the pre-trial stipulation. (DE 42). For these reasons, the Court entered a "Notice of Impending Dismissal for Failure to Prosecute" on September 17, 2020, explaining that "the above-styled action shall be dismissed on September 30, 2020 for lack of prosecution unless some action is taken within the above specified time to demonstrate the parties have completed all discovery and ready for pretrial conference and trial." (DE 54). Plaintiff, however, failed to take any such action. Instead, Plaintiff filed a motion for extension of time to complete discovery, which indicates that discovery has not been completed, and that Plaintiff is not ready for pretrial conference and trial.

Accordingly, after careful consideration of the record, it is **ORDERED, ADJUDGED, and DECREED** that the complaint be, and the same is, hereby dismissed for failure to prosecute,

pursuant to Federal Rule of Civil Procedure 41(b), without prejudice to Plaintiff's right to re-file the case under a new case assignment and new case number in the office of the Clerk of the United States District Court. If the case is subsequently re-filed, the attorneys for Plaintiff shall notify the Clerk of Court of this order of dismissal on the civil cover sheet (JS44) in order that the clerk of court will assign the newly filed case to the division of the undersigned Judge in accordance with S.D. Fla. L.R. 3.8.

It is further **ORDERED and ADJUDGED** that pretrial conference, currently scheduled for November 13, 2020; and trial, currently set for February 22, 2021, are hereby **CANCELED**.

It is further **ORDERED and ADJUDGED** that all pending motions are **DENIED as moot**. The Clerk of Court shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of October, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record