UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-20864-JLK

JOSE VELAZQUEZ,

        Plaintiff,

v.

GATOR PARK, INC.,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration (the "Motion") (DE 60), filed October 26, 2020. Plaintiff asks this Court to reconsider its Final Order of Dismissal (DE 59), which dismissed this case for lack of prosecution. Plaintiff contends that "all the delays up to this point were caused either by actions of Defendant, (removal, transfer, continuance), or by acts of God (COVID-19). Such actions do not amount to the 'willful' misconduct to justify the most severe of sanctions." Mot. at 1. Plaintiff advances several arguments in the Motion, but the Court is most persuaded by Plaintiff's observation that the statute of limitations on his personal injury action has expired. Therefore, dismissal would operate as a dismissal with prejudice, thus barring further action. The Court finds that Plaintiff has not manifested "willful contempt" that would justify such a severe sanction. *Gratton v. Great Am. Commc'ns*, 178 F.3d 1373, 1374–75 (11th Cir. 1999).

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Plaintiff's Motion for Reconsideration **(DE 60)** be, and the same is, hereby **GRANTED**;

2. The Court's Final Order of Dismissal **(DE 59)** be, and the same is, hereby **VACATED and SET ASIDE**;

3. The Clerk of Court shall **RE-OPEN** this case and return it to the undersigned's active calendar; and

4. A new scheduling order will be set by separate Order of the Court.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 6th day of November, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT of FLORIDA

**cc:**   **All Counsel of Record**